**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed July 15, 2021.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-21-00302-CR**

---

**KIMBERLY DAVIS COOTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law
Washington County, Texas
Trial Court Cause No. 2020-0108**

## MEMORANDUM OPINION

On June 16, 2021, appellant filed a motion to withdraw her notice of appeal and dismiss this appeal, pursuant to Texas Rule of Appellate Procedure 42.2. The motion is signed by both appellant herself and her counsel, in accordance with Rule 42.2. As this court has not yet issued an opinion disposing of the appeal, the motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Spain.

Do Not Publish — Tex. R. App. P. 47.2(b).